Nos. 26-1101, 26-1103, 26-1104

# In the United States Court of Appeals for the Tenth Circuit

_____

DEFENDING EDUCATION, ET AL.,

*Plaintiffs-Appellants*,

v.

AUBREY C. SULLIVAN, DIRECTOR, COLORADO CIVIL RIGHTS DIVISION,
in her official capacity, ET AL.,

*Defendants-Appellees*;

_____

COMMITTEE OF FIVE, INC., D/B/A XX-XY ATHLETICS

*Plaintiff-Appellant*,

v.

AUBREY C. SULLIVAN, DIRECTOR, COLORADO CIVIL RIGHTS DIVISION,
in her official capacity, ET AL.,

*Defendants-Appellees*;

_____

DOXA ENTERPRISES, LTD., D/B/A BORN AGAIN USED BOOKS,

*Plaintiff-Appellant*,

v.

AUBREY C. SULLIVAN, DIRECTOR, COLORADO CIVIL RIGHTS DIVISION,
in her official capacity, ET AL.,

*Defendants-Appellees*.

_____

**On Appeal from the United States District Court for the District of
Colorado, Case No. 1:25-CV-01572**

_____

1

**MOTION OF ADVANCING AMERICAN FREEDOM AND OTHER AMICI FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE***

_____

J. MARC WHEAT
   *Counsel of Record*
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W., Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

June 15, 2026                    *Counsel for Amici Curiae*

2

## MOTION OF ADVANCING AMERICAN FREEDOM AND OTHER AMICI FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE*

Proposed amici curiae Advancing American Freedom; American Encore; American Values; America's Women; Center for Urban Renewal and Education (CURE); Christian Medical & Dental Associations; Family Institute of Connecticut Action; Frontiers of Freedom; James Dobson Family Institute; JCCWatch.org; Moms for Liberty; New York State Conservative Party; North Carolina Values Coalition; Orthodox Jewish Chamber Of Commerce; Salt & Light Global; The Family Foundation of Virginia; The Wagner Center; Upper Midwest Law Center; Wisconsin Family Action, Inc.; Tim Jones, Former Speaker, Missouri House, Founder, Leadership for America Institute; John Shadegg, Member of Congress, 1995-2010; and Paul Stam, Former Speaker Pro Tem, NC House of Representatives respectfully move for leave to file the attached brief of amici curiae in support of Plaintiffs-Appellants. Proposed amici are organizations and individuals concerned about the ability of Americans to speak freely and avoid compelled government speech, particularly on subjects of great social and political significance.

Plaintiffs-Appellants consented to the filing of this brief of amici curiae. Counsel for Defendants-Appellees responded to a request for consent but took no position on the filing of an amicus brief.

1

Respectfully submitted,

/s/ J. Marc Wheat

J. MARC WHEAT
  *Counsel of Record*
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*

## CERTIFICATE OF DIGITAL SUBMISSION

Counsel for Amici Curiae hereby certifies that all required privacy redactions have been made, which complies with the requirements of Federal Rule of Appellate Procedure 25(a)(5).

Counsel also certifies that any and all hard copies submitted to the Court are exact copies of the ECF filing from June 15, 2026.

Counsel further certifies that the ECF submission was scanned for viruses with the most recent version of a commercial virus scanning program (SentinelOne software version 24.2.3.471 [June 15, 2026]), and, according to the program, is free of viruses.

Dated: June 15, 2026

Respectfully submitted,

/s/ J. Marc Wheat

J. MARC WHEAT
　*Counsel of Record*
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the United States Court of Appeals for the Tenth Circuit using the CM/ECF system, which automatically will send notification of such filing to counsel of record.

Respectfully submitted,

/s/ J. Marc Wheat
J. MARC WHEAT
  *Counsel of Record*
ADVANCING AMERICAN FREEDOM, INC.
801 Pennsylvania Avenue, N.W.
Suite 930
Washington, D.C. 20004
(202) 780-4848
MWheat@advancingamericanfreedom.com

*Counsel for Amici Curiae*